**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 1:19-CR-00252-DAD-BAM |
| **FRACISCO GARCIA-TRUJILLO** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Francisco GARCIA-Trujillo | |
| Detained at | Tulare County Jail (Adult Pre-Trial Facility) | |
| Detainee is: | a.) | ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint |
| | | charging detainee with: 8 USC 1326(a) and (b)(1) |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ *Laura D. Withers* |
| Printed Name & Phone No: | Laura D. Withers    559-967-5480 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Nov 21, 2019**

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Francisco Trujillo Garcia | ☒Male ☐Female | |
| Booking or CDC #: | 1100024819 | DOB: | 07/16/1976 |
| Facility Address: | 36650 Rd 112, Visalia, CA 93291 | Race: | W/H |
| Facility Phone: | (559)735-1750 | FBI#: | 576336VA4 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____     _____
(signature)